IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORTHSIDE EXXON CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SYN-CAP INC. d/b/a Synergy Capital Corporation, TRACEY R. LEWIS, d/b/a Synergy Capital Corporation, and JOHN DOE #1-3,<br><br>Defendants. | CIVIL ACTION FILE NO.: |

**NOTICE OF REMOVAL**

Defendants, Syn-Cap Inc. d/b/a Synergy Capital Corporation and Tracey R. Lewis d/b/a Synergy Capital Corporation (collectively, the "Defendants"), hereby file this Notice of Removal and respectfully request the Court consider the following:

1. Pursuant to 28 U.S.C. § 1441, the Defendants remove this action from the Superior Court of Fulton County, Georgia, where this case is presently pending and styled *Syn-Cap Inc., doing business as Synergy Capital Corporation, Tracey R.*

*Lewis, doing business as Synergy Capital Corporation, and John Doe #1-3*, Civil Action File Number 2015CV264449.

2.  This is a case in which the Court would have original jurisdiction pursuant to 28 U.S.C. § 1332 because there is a complete diversity of citizenship between Plaintiff and Defendants and because the amount in controversy exceeds seventy-five thousand and 00/100 dollars ($75,000.00), exclusive of interest and costs.

## I.  Diversity of Citizenship

3.  Plaintiff, Northside Exxon Corporation, is a Georgia corporation with both its registered agent and principal office located in Fulton County. (Compl. ¶ 1.)

4.  Defendant Syn-Cap Inc. d/b/a Synergy Capital Corporation ("Syn-Cap, Inc.") is a Texas corporation with its principal place of business located in Houston, Texas. (Compl. ¶ 2.)[1]

5.  Defendant Tracey R. Lewis ("Ms. Lewis") is an individual and a resident of Texas. (Compl. ¶ 3.)[2]

---

[1] Although Plaintiff alleges that Syn-Cap Inc. is a Texas corporation "upon information and belief," Defendants acknowledge that Plaintiff is correct that Syn-Cap Inc. is in fact a Texas corporation.

[2] Again, Plaintiff alleges that Ms. Lewis is a resident of Texas "upon information and belief." Defendants again acknowledge that Ms. Lewis is in fact a resident of Texas.

6. Defendants John Doe #1, #2, and #3 are unidentified, fictitious persons. (Compl. ¶ 4.) Therefore, for purposes of removal on the basis of diversity jurisdiction, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1).

7. Because Plaintiff is a Georgia citizen and the named Defendants are Texas citizens, complete diversity exists. 28 U.S.C. § 1332(a)(1); *Sweet Pea Marine, Ltd. v. APJ Marine, Inc.*, 411 F3d. 1242, 1247 (11th Cir. 2005).

## II.   Amount in Controversy

8. The matter in controversy in this case exceeds the sum or value of seventy-five thousand and 00/100 dollars, exclusive of interest and costs.

9. In this case, Plaintiff's allegations in the Complaint, which Defendants deny, expressly state that Plaintiff is seeking damages in an amount equal to or exceeding $375,000.00. (Compl. ¶¶ 43, 51, 56, 61.)

10. Plaintiff is also seeking punitive damages and attorneys' fees. (Compl. ¶¶ 51, 66, 75, 121-122, 125.)

11. In light of Plaintiff's allegations in the Complaint, the amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs.

### III. Conclusion

12. Because of the complete diversity that exists between the parties and because the amount in controversy exceeds $75,000.00, this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 and 1446.[3]

WHEREFORE, Defendants respectfully give notice that the action now pending in the Superior Court of Fulton County, Georgia, *Syn-Cap Inc., doing business as Synergy Capital Corporation, Tracey R. Lewis, doing business as Synergy Capital Corporation, and John Doe #1-3*, Civil Action File Number 2015CV264449, is hereby removed to the United States District Court for the Northern District of Georgia.

**[Signature on following page]**

---

[3] Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Complaint, along with a copy of all process, pleadings, and orders served upon Defendants, is attached hereto as Exhibit A.

Respectfully submitted, this 19th day of October, 2015.

/s/Logan B. Winkles
Logan B. Winkles
Georgia Bar Number:
lwinkles@cmw-law.com
Julie R. Comer
Georgia Bar Number: 380547
jcomer@cmw-law.com
CANNON, MIHILL & WINKLES, LLC
101 Marietta Street NW
Suite 3120
Atlanta, Georgia 30303
P: (404) 891-6700
F: (404) 891-6701
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing NOTICE OF REMOVAL by electronic mail and by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

> Kurt R. Hilbert
> The Hilbert Law Firm, LLC
> 205 Norcross Street
> Roswell, Georgia 30075
> *Attorney for Plaintiff*

This 19th day of October, 2015.

> /s/Logan B. Winkles
> Logan B. Winkles
> Georgia Bar Number:
> lwinkles@cmw-law.com
> Julie R. Comer
> Georgia Bar Number: 380547
> jcomer@cmw-law.com
> CANNON, MIHILL & WINKLES, LLC
> 101 Marietta Street NW
> Suite 3120
> Atlanta, Georgia 30303
> P: (404) 891-6700
> F: (404) 891-6701
> *Attorneys for Defendants*